IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AL-JALEEL SINGLETON** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | |
| **v.** | : | **NO. 24-CV-0381** |
| | : | |
| **LEHIGH COUNTY,** *et al.,* | : | |
| *Defendants* | : | |

**O R D E R**

**AND NOW,** this 9th day of April, 2024, upon consideration of Plaintiff Al-Jaleel

Singleton's Second Amended Complaint (ECF Nos. 10, 11) it is hereby **ORDERED** that:

1.      The Second Amended Complaint is **DISMISSED** for the reasons set forth in the

accompanying Memorandum as follows:

     a.   All federal claims are **DISMISSED, with prejudice**; and

     b.   All state claims are **DISMISSED, without prejudice,** for lack of subject matter

       jurisdiction.

2.      The Clerk of Court is **DIRECTED** to **CLOSE** this case.


**BY THE COURT:**


/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*